DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HASSAN SHAYEGANNIK,**
Appellant,

v.

**WILFREDO BLANCO,**
Appellee.

No. 4D21-1423

[June 23, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. COWE-20003855.

Hassan Shayegannik, Davie, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***